898

No. 138, October Term, 1963. MURPHY ET AL. v. WATERFRONT COMMISSION OF NEW YORK HARBOR. (378 U. S. 52.) The motion to retax costs is denied. *William P. Sirignano* on the motion. *Harold Krieger* for petitioners, in opposition.

No. 82. CARRINGTON v. RASH ET AL. (Certiorari, *ante*, p. 812, to the Supreme Court of Texas.) The motion of petitioner for leave to proceed further herein *in forma pauperis* is granted. *W. C. Peticolas* on the motion.

No. 388. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 1267 v. DADE COUNTY ET AL. On petition for writ of certiorari to the Supreme Court of Florida. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 515. HEART OF ATLANTA MOTEL, INC. v. UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Georgia. (Probable jurisdiction noted, *ante*, p. 803. Argued October 5, 1964.) The motion to expedite decision is denied. *Moreton Rolleston, Jr.,* on the motion.

No. 392, Misc. LEE v. WARDEN, MARYLAND PENITENTIARY;

No. 402, Misc. THOMAS v. HOLMAN, WARDEN;

No. 409, Misc. BRAWLEY v. HOLMAN, WARDEN;

No. 478, Misc. ROGERS v. RUSSELL, CORRECTIONAL SUPERINTENDENT; and

No. 483, Misc. GRAY v. ANDERSON, JAIL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.